

# Fourth Court of Appeals
## San Antonio, Texas

June 22, 2015

No. 04-14-00669-CR

Leobardo **ARAMBULA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law, Starr County, Texas
Trial Court No. CR-13-288
Honorable Romero Molina, Judge Presiding

# O R D E R

The State's brief was originally due to be filed in this appeal on May 26, 2015. On June 2, 2015, the State was notified that its brief was late, and the State was requested to file a response by June 12, 2015. The State did not file a response. The clerk of the court is therefore directed to set this appeal "at issue," and it is ORDERED that this appeal will be submitted without a brief filed by the State.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of June, 2015.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court